# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JEREMY SCOTT NAQUIN

NO. 2022 KW 0352

**JULY 18, 2022**

---

In Re:    State of Louisiana, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 4450-F-2020.

---

**BEFORE:   HOLDRIDGE, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

**AHP**
**WIL**

**Holdridge, J.,** concurs and would deny the writ application as moot.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT